**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ERIC LAMPREY, et al,
               Plaintiff(s)

                                                CIVIL ACTION
             V.                                              NO. 01-CV-11712-RCL

METHUEN, et al,
               Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE LINDSAY

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[x]    On February 3, 2004 I held the following ADR proceeding:

        _____  SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
        __X__  MEDIATION                           _____ SUMMARY BENCH / JURY TRIAL
        _____  MINI-TRIAL                            _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____ ]

The parties were / were not present in person or by authorized corporate officer [except _____ ].

The case was:

[X]    Settled. Your clerk should enter a _30_ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

 

2/3/04                                                      /s/ Walter Jay Skinner
DATE                                              ADR Provider
                                                      Honorable Walter Jay Skinner