UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 01-CV-11712-RCL

ERIC LAMPREY and RAYMOND STEWART,

    Plaintiffs,

v.

State Trooper MARK BLANCHARD, Lieutenant Detective JOHN J. MALONE, Major RICHARD L. FRAELICK, Methuen Police Detective MICHAEL PAPPALARDO, and the CITY OF METHUEN,

    Defendants

STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties to the above-referenced action, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), and hereby stipulate and agree that the complaint and all claims set forth therein be dismissed, with prejudice, and without interest, costs or fees to any party, waiving all rights of appeal.

PLAINTIFFS ERIC LAMPREY
AND RAYMOUND STEWART,

By their attorney,

_____
Stephen B. Hrones
Hrones & Garrity
Lewis Wharf– Bay 232
Boston, MA  02110-3927
(617) 227-4019

DEFENDANTS CITY OF METHUEN
AND MICHAEL PAPPALARDO,

By their attorney,

_____
Joseph L. Tehan, Jr.
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 3/16/04

| | |
|---|---|
| DEFENDANT MARK BLANCHARD, | DEFENDANTS RICHARD L. FRAELICK AND JOHN J. MALONE, |
| By his attorney, | By their attorney, |
| /s/ Joseph G. Donellan | /s/ Douglas I. Louison |
| Joseph G. Donellan | Douglas I. Louison |
| Law Offices of Timothy M. Burke | Merrick, Louison & Costello |
| 160 Gould Street | 67 Batterymarch Street |
| Needham, MA 02494 | Boston, MA 02110 |
| (781) 455-0707 | (617) 439-0305 |

212870/METG/00156

<table>
<tr><td>
LEONARD KOPELMAN<br>
DONALD G. PAIGE<br>
ELIZABETH A. LANE<br>
JOYCE FRANK<br>
JOHN W. GIORGIO<br>
BARBARA J. SAINT ANDRE<br>
JOEL B. BARD<br>
JOSEPH L. TEHAN, JR.<br>
THERESA M. DOWDY<br>
DEBORAH A. ELIASON<br>
RICHARD BOWEN<br>
DAVID J. DONESKI<br>
JUDITH C. CUTLER<br>
KATHLEEN E. CONNOLLY<br>
DAVID C. JENKINS<br>
MARK R. REICH<br>
BRIAN W. RILEY<br>
DARREN R. KLEIN<br>
JONATHAN M. SILVERSTEIN<br>
―<br>
EDWARD M. REILLY<br>
DIRECTOR WESTERN OFFICE<br>
―<br>
WILLIAM HEWIG III<br>
JEANNE S. McKNIGHT<br>
KATHLEEN M. O'DONNELL<br>
PATRICIA A. CANTOR
</td><td align="center">
**KOPELMAN AND PAIGE, P. C.**<br>
ATTORNEYS AT LAW<br>
31 ST. JAMES AVENUE<br>
BOSTON, MASSACHUSETTS 02116-4102<br><br>
(617) 556-0007<br>
FAX (617) 654-1735<br>
―<br>
PITTSFIELD OFFICE<br>
(413) 443-6100<br>
―<br>
NORTHAMPTON OFFICE<br>
(413) 585-8632<br>
―<br>
WORCESTER OFFICE<br>
(508) 752-0203<br><br>
March 16, 2004
</td><td>
THOMAS P. LANE, JR.<br>
MARY L. GIORGIO<br>
THOMAS W. McENANEY<br>
KATHARINE GOREE DOYLE<br>
GEORGE X. PUCCI<br>
LAUREN F. GOLDBERG<br>
JASON R. TALERMAN<br>
JEFFREY A. HONIG<br>
MICHELE E. RANDAZZO<br>
GREGG J. CORBO<br>
RICHARD T. HOLLAND<br>
LISA C. ADAMS<br>
ELIZABETH R. CORBO<br>
MARCELINO LA BELLA<br>
VICKI S. MARSH<br>
JOHN J. GOLDROSEN<br>
SHIRIN EVERETT<br>
BRIAN E. GLENNON, II<br>
JONATHAN D. EICHMAN<br>
JOSEPH S. FAIR<br>
LAURA H. PAWLE<br>
JACKIE COWIN<br>
SARAH N. TURNER<br>
JEFFREY T. BLAKE<br>
CAROLYN M. MURRAY<br>
R. ERIC SLAGLE
</td></tr>
</table>

Civil Clerk
United States District Court
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Lamprey v. Methuen et al.
      <u>U.S.D.C. C.A. No. 01-11712RCL</u>

Dear Sir/Madam:

Enclosed for filing in the above-referenced matter, please find Stipulation of Dismissal With Prejudice.

Thank you for your attention to this matter.

Very truly yours,

Gregg J. Corbo

GJC/er
Enc.
cc:   Stephen Hrones, Esq.
      Joseph G. Donnellan, Esq.
      Charles M. Wyzanski, Esq.
      Douglas I. Louison, Esq.
      City Solicitor
      Det. Michael Pappalardo
      Gerard Hosman (GFMS# 182843)

216349/60700/0156